DARWIN RUDD, Respondent, *v.* ISAAC WINKLER et al., Trading under the Name of ISAAC WINKLER & BROTHER, Appellants.

*Rudd* v. *Winkler*, 126 App. Div. 950, affirmed.
(Argued October 28, 1909; decided November 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

August 15, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for goods sold and delivered.

*Julius M. Mayer, Eugene Sondheim, A. S. Gilbert* and *Leopold Sondheim* for appellants.

*Henry W. Rudd* and *M' Cready Sykes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.